**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1992**

_____

KAMRAN TAVAKOLI-NOURI,

Plaintiff - Appellant,

versus

NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a
Amtrak;  MICHAEL  BIBLEHIMER;  MARILYN  C.
BROOKHARDT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-99-
3632-AMD)

_____

Submitted:  October 12, 2000          Decided:  October 19, 2000

_____

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kamran Tavakoli-Nouri, Appellant Pro Se.  Patricia McHugh Lambert,
Stuart Alan Schadt, Sheri Nicole Green, HODES, ULMAN, PESSIN &
KATZ, P.A., Towson, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kamran Tavakoli-Nouri appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Tavakoli-Nouri v. Nat'l R.R. Passenger Corp.</u>, No. CA-99-3632-AMD (E.D. Va. July 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>